

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00103-CV

**CENTERPOINT ENERGY RESOURCES CORP.**,
Appellant

v.

Fernando **RAMIREZ** and Minerva Ramirez,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT003262-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellees, Fernando Ramirez and Minerva Ramirez, recover their costs of the appeal and the full amount of the trial court's judgment against CenterPoint Energy Resources Corp. from appellant and from Liberty Mutual Insurance Company, as surety on appellant's supersedeas bond.

SIGNED March 25, 2020.

Sandee Bryan Marion, Chief Justice